No. 00–10535. SEARCY v. DAVENPORT ET AL. Ct. App. Ark. Certiorari denied.

No. 00–10536. ABADIE v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 00–10537. BANKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10538. ROMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10539. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10540. YOUNG v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10541. RAY v. JOHNSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10542. JAMES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–10543. BURTON v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10544. ACOSTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10545. ADIO-MOWO v. ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 00–10546. POULACK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10547. WILLIAMS v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–10548. JUAREZ-VILLALON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10549. CHILDERS v. LAZAROFF, WARDEN. C. A. 6th Cir. Certiorari denied.